08 C 969

JUDGE GRADY
MAGISTRATE JUDGE ASHMAN

# EXHIBIT 1



# Gram Technology
A World of SpinStack®

**Home**

**The Company**

**Technologies**

**Partners**

**Patents**

**News**

**Contact**

**News:**

**24/01-2008:**
**In-Mold Assembly - 16 Newly Confirmed Patentable Claims**
Gram Technology, Inc. (Gram) is pleased to announce that in its successful defense of the reexamination of Gram's United States Patent No. 7,081,222 (the '222 patent).
The United States Patent and Trademark Office (USPTO) has confirmed the following 16 patentable claims (Link to Newly Confirmed Patentable Claims)

**23/01-2008:**
**In-Mold Assembly - Conclusion of the reexamination.**
The United States Patent and Trademark Office (USPTO) Mails Gram the Notice of Intent to Issue Ex Parte Reexamination Certificate (Link)