**08 C 969**

**JUDGE GRADY**
**MAGISTRATE JUDGE ASHMAN**

# EXHIBIT 2

**Press Release 02-06-2006**

### SPIN-STACK Technology on Display at NPE 2006 in Chicago.

Scottsdale, June 2, 2006 -- Gram Technology, Inc. announced today that it received a Notice of Allowance from the U.S. Patent and Trademark Office for broad claims based on its proprietary SPIN-STACK In-Mold Assembly Technology.

Gram Technology first introduced SPIN-STACK Technology in-mold assembly in the U.S. in 2003 at Molding 2003 in New Orleans and NPE 2003 in Chicago.

In addition to the allowed claims, Gram Technology's patent portfolio includes one U.S. patent, two European patents, two recently allowed European patent applications and several pending European and U.S. patent applications. Corresponding patent applications have been filed in major international markets. Many of the issued patents and pending applications relate to inventions that build upon, or which are components of, the broad proprietary position established by these newly allowed claims.

The allowed claims cover the multi-part molding process enabled by Gram Technology's rotatable injection/assembly mold designs. These claims are not limited to any particular molding process using rotatable mold sections or cubes. They are useful in a number of Gram Technology's molding solutions, particularly in double-cube in-mold assembly applications and multi-component molding. Targeted applications include inserting parts, labels and printing on molded products, splitting rotatable sections or cubes to save space, transferring molded parts between mold sections, and molding together materials that can later be separated.

"This has been an outstanding year for Gram Technology's patent portfolio. This latest notice of allowance is for broad claims that significantly extend the protection of our SPIN-STACK technology. This fortifies our leading position in the field of multi-component molding," said Jes Gram, President of Gram Technology, Inc. "We have an exceptionally strong proprietary position that will protect our commercial and licensing interests well into the future. The U.S. and European findings that our SPIN-STACK technology is entitled to additional patent protection clearly establish Gram Technology as the originator of this innovative mold technology."

Gram Technology's SPIN-STACK technology is focused on increasing value and operating efficiency in the molding operation, and has been widely accepted by major global companies. SPIN-STACK technology is a proven technology that has molds running more than 12 million molding cycles.

Displays of various applications of SPIN-STACK technology will be running at NPE 2006 in Chicago June 19-23, 2006, including double

cube in-mold assembly at KTW (Booth 9946), two-shot molding with insert at Motoman (Booth 6352), and other innovative SPIN-STACK solutions at Krauss-Maffei (Booth 2102) and Boucherie (Booth 9161).

Jes Gram will be a featured speaker at NPE 2006 on Wednesday, June 21, 2006 in "Do it All in the Mold: New Options for Painting, Labelling, Decorating, Finishing and Assembling Parts in the Mold." For further details, see http://www.npe.org/education/pdf/Events.pdf.

Gram Technology's patents and allowed patent applications may be viewed under the following designations: US 10/415,281; US 5,705,112; EP 00926724.6; EP 04017064.9; EP 0482037 and EP 1058612.

Contact:

Jes Gram
President
Gram Technology, Inc.
10625 E.Pinnacle Peak Rd.
Scottsdale, AZ 85255

+1-480-567-6465
jg@gramtechnology.com


Additional information about Gram Technology, Inc. may be obtained at www.gramtechnology.com


Gram Technology  Inc. - your partner for innovative injection molding solutions - Spin Stack™ Technology and Inmold Assembly Techniques