**08 C 969**

**JUDGE GRADY**
**MAGISTRATE JUDGE ASHMAN**

# EXHIBIT 3



# Fair communication regarding „Double cube"
# of Foboha GmbH dated 20 October 2004

From the prior art the International Patent Application PCT/DK01/00699 (Applicant: Jes Gram) is known, which describes in a very common manner an apparatus and a method for the production of hollow bodies out of two half shells. The apparatus disclosed in this application shows at first sight a certain similarity with the apparatus "Double cube" developed by Foboha GmbH.

Foboha GmbH points out that PCT/DK01/00699, respectively national/regional patentapplications based there upon, are not granted patents but patent applications.

The analysis of the patent attorneys of Foboha GmbH, as available at the moment, allows the conclusion, that the apparatus described in PCT/DK01/00699, as defined by the current patent claims, is not patentable against the background of the prior art.

For lack of a patent there is no patent infringement. Opposed statements are therefore unfounded. Foboha GmbH reserves the right to take legal measures against persons diffusing such statements.

For further questions regarding this matter please contact Mr. Rainer Armbruster of Foboha GmbH.

FOBOHA GMBH · Formenbau · Im Mühlegrün 8 · D-77716 Haslach/Germany
Telefon +49 (0) 7832/7 98-0 · Telefax +49 (0) 7832/7 98-9 88 · e-mail foboha@foboha.de · Internet http://www.foboha.de
Sitz der Gesellschaft: Haslach, HRB 150 Wolfach · FOBOHA ist zertifiziert nach ISO 9001/Zertifikat DQS 052567 QM · UST-Ident-Nr. DE 8111 84691
Geschäftsführer: Rainer Armbruster CEO · Udo Bodmer CEO · Ingrid Schaub CFO