# EXHIBIT 4

**08 C 969**

**JUDGE GRADY**
**MAGISTRATE JUDGE ASHMAN**

FOBOHA
FORMENBAU

## RE: NPE 2006

We are aware that Mr. Jes Gram of Gram Technology, Inc. has asserted the claims of pending U.S. patent application U.S. Ser. No. 10/415, 281 ("the Gram Application") against several exhibitors at NPE 2006, including Foboha GmbH Formenbau ("Foboha") and Ferromatik / Cincinnati Milacron ("Ferromatik"). Following is some information related to these assertions:

There can be no infringement of the Gram Application because:

>the Gram Application is still pending and has not matured into an enforceable U.S. Patent;

>the claims of the Gram Application are believed to be invalid in views of at least
>one prior art reference that teaches each and every claimed element of the Gram Application and was not previously considered by the U.S. Patent and Trademark Office. Hence, the Gram Application lacks novelty and therefore is considered to be void.

No patent applicant has standing to bring a U.S. patent infringement suit without issuance of a valid and enforceable U.S. Patent.

Foboha has sought and received a competent opinion of U.S. counsel indicating that the claims of the Gram Application are invalid as anticipated by at least one prior art reference.

Foboha intends to monitor and take legal action against any individuals that knowingly spread false or missleading information regarding the status and enforceability of the Gram Application.

Please see Mr. Rainer Armbruster of Foboha for further questions regarding this matter.

Foboha US Inc.     100 Cummings Center, Suite 231-C,     Beverly, MA 01916 USA