# EXHIBIT 5

08 C 969

JUDGE GRADY
MAGISTRATE JUDGE ASHMAN

US007081222B2

(12) **United States Patent**
**Gram**

(10) **Patent No.: US 7,081,222 B2**
(45) **Date of Patent: Jul. 25, 2006**

(54) **PROCEDURE AND MACHINERY FOR THE MOLDING AND ASSEMBLING OF AN ASSEMBLED OBJECT**

(76) Inventor: **Jes Tougaard Gram**, Bishop Svanes Vej, 5, Birkerød (DK) 3460

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 37 days.

(21) Appl. No.: **10/415,281**

(22) PCT Filed: **Oct. 23, 2001**

(86) PCT No.: **PCT/DK01/00699**

§ 371 (c)(1),
(2), (4) Date: **Apr. 28, 2003**

(87) PCT Pub. No.: **WO02/36319**

PCT Pub. Date: **May 10, 2002**

(65) **Prior Publication Data**

US 2004/0033287 A1 Feb. 19, 2004

(30) **Foreign Application Priority Data**

Oct. 26, 2000 (DK) .............................. 2000 01605

(51) **Int. Cl.**
***B29C 45/04*** (2006.01)

(52) **U.S. Cl.** ...................... **264/234**; 264/250; 264/255; 264/328.8; 425/588

(58) **Field of Classification Search** ................ 425/233, 425/395, 404, 446, 508, 515, 520, 576, 588; 264/234, 250, 254, 255, 259, 328.1, 328.8; 156/500

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,478,812 A * 8/1949 Drake ......................... 65/156
3,825,457 A * 7/1974 Holroyd et al. ............. 156/147
4,408,980 A * 10/1983 Gallizia ...................... 425/501
4,744,741 A * 5/1988 Glover et al. ............... 425/133

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| JP | 10314343 | | 12/1998 |
| JP | 2001205681 | | 7/2001 |
| WO | WO 98/35808 | * | 8/1998 |
| WO | WO98/38021 | | 9/1998 |
| WO | WO00/73040 | | 12/2000 |

* cited by examiner

*Primary Examiner*—Donald Heckenberg

(57) **ABSTRACT**

The invention concerns a procedure and a machinery for molding and assembling of at least two part objects (**4**) and (**8**) of plastics, e.g. two ball shells, which can be assembled to a hollow ball (**4+8**), as molding and assembly can take place in same tool and continuously in the same work procedure. This can be realized by the two turnable middle parts (**6**) and (**6'**) of the tool, respectively are supplied with the mold cavities (**5**) and (**7**), where the assembling of the part objects (**4**) and (**8**) can take place, when the respective tool cavities meet during the rotation, at the same time as the closing of the mold. During the closing there can simultaneously be molded new part objects (**4"**) and (**8"**) in the opposite placed mold cavities (**5"**) and (**7"**) in the two turnable mold part (**6**) and (**6'**). If it is necessary in respect of the material or the design of the part objects, there can after the molding of the part objects be applied e.g. heat on the respective boundary surfaces, which shall shape the assembling. This can suitably be fit into the steps, which the turnable middle parts (**6**) and (**6'**) run through. The part objects (**4**) and (**8**) can possibly as well as be assembly by a snap- or click function, which is a pure mechanical assembling.

**10 Claims, 4 Drawing Sheets**



U.S. Patent Jul. 25, 2006 Sheet 1 of 4 US 7,081,222 B2

9
12'
3'
2'
12
11
7
8
11
6'
6
10
4
5
10
1
12
3
2
12

Fig. 1



Fig. 2



Fig. 3



Fig. 4

# PROCEDURE AND MACHINERY FOR THE MOLDING AND ASSEMBLING OF AN ASSEMBLED OBJECT

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The invention concerns a procedure and machinery for molding and assembling of an in at least two part objects molded object preferably of plastics in a tool comprising at least one turnable and/or displaceable middle part.

2. Description of the Related Art

There is known other procedures and machineries for the molding and assembling of plastic parts in tools with a turnable middle part. Thus there in my international patent application PCT No. DK/98/00034 are described turnable middle parts, which enables the use of the so called stack molding technique in multi component molding, where you mold assembled plastic parts.

For plastic objects, which normally cannot be molded with a cavity because of the shape of the core or of complicated geometries, you have at injection molding normally molded the object in two halves and assembled them afterwards outside the molding machine.

The hitherto known procedures and machineries for assembling or molding of such objects normally involve, that you apply assembling- and welding machines to achieve these objects with cavities, where it is not possible to achieve the desired geometries in another way than by using e.g. various blow molding techniques.

## BRIEF SUMMARY OF THE INVENTION

The procedure and the machinery according to the invention is intended to combine the above mentioned technology with the likewise known assembling technique, but here in one and the same tool, whereby there can be achieved large improvements of productivity.

The procedure according to the invention is characterized by the fact, that there in at least one of the boundary surfaces between the parts of the tool, which are furnished with turnable/displaceable tool cavities and/or cores, occurs an assembling of the parts e.g. by welding or another kind of assembling of at least two parts of the in the tool molded object(s).

A more precise account for the benefits by the procedure and machinery according to the invention will appear from the description and the drawing, where

## BRIEF DESCRIPTION OF THE DRAWING FIGURES

FIG. **1** shows a cross section of the tool according to the invention seen from above,

FIG. **2** shows the same, where the turnable middle part is turned 90 degrees in the direction of the arrow,

FIG. **3** shows the same, where the middle part is turned additional 90 degrees, and

FIG. **4** shows the same, where the middle part is turned another additional 90 degrees.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

On FIG. **1** is, seen from above, shown a section of a tool for the exercise of the procedure according to the invention. From the left is seen the stationary tool part **1** with a hot-runner furnished inlet **2**, which directs the material further through the core **3**. The tool is on the figure just opened after the first part object **4** is molded in the cavity **5** in the left of the two turnable middle parts **6** through the inlet **2** and the core **3**. At the same time there is in the cavity **7** in the right of the two turnable middle parts **6'** molded another part object **8** with material from that with the inlet **2'** and the core **3'** furnished movable mold part **9**. The two part objects **4** and **8** consist on the drawing of two uniform half ball shaped shells, that later is intended to be put together to a hollow ball. It will be noticed, that this assembling will be eased by the outermost boundary surfaces **10** and **11** on the respective part objects **4** and **8** exceed out from the turnable middle parts. This is accomplished by there are similar undercuts **12** and **12'** in respectively the stationary mold part **1** and the movable mold part **9**. As it appears from the figure both the turnable middle parts **6** and **6'**, which in principle has a square formed section, have got their corners removed, so that they require a lesser opening of the tool for being able to turn around. Finally shall be mentioned, that identical cross sections of the on the figure showed can be seen e.g. five places underneath the shown, if the tool is designed for producing in total six assembled objects pr. cycle.

In FIG. **2** is shown the same section, but where the two turnable middle parts **6** and **6'** both are turned 90 degrees in the direction of the respective arrows, whereby the two part objects **4** and **8** have reached the on the figure highest position. Here heat is applied on their respectively boundary surfaces **10** and **11** from the movable heat units **13**. The tool is meanwhile preferably closed, and the two subsequent part objects **4'** and **8'** are just being molded through the two inlets **2** and **2'** and the cores **3** and **3'** in respectively the stationary mold part **1** and the movable mold part **9**.

FIG. **3** shows the same section, where the two turnable middle parts **6** and **6'** both are turned additional 90 degrees in the direction of the respective arrows. The tool is here open, but moving towards closing, where the two part objects **4** and **8** will approach their two respective heated boundary surfaces **10** and **11** to each other before the welding together. The two following part objects **4'** and **8'** are now in their on the figure highest position, where they are receiving heat on their respective boundary surfaces **10'** and **11'** from the movable heat units **13**. Finally the third set of part objects **4"** and **8"** are just being molded in the mold cavities **5"** and **7"**, both the part objects are finished and ready for being turned away from their respective cores **3** and **3'**.

On FIG. **4** the two turnable middle parts **6** and **6'** are turned another additional 90 degrees. Here the tool is closed, and the two part objects **4** and **8** now are melted together to the finished object, the hollow ball 4+8, which on the figure just is being ejected from the tool. It is noticed, that possible surplus material **14** suitably only exists on the inner side of the ball shell. The two following part objects **4'** and **8'** are here seen during the welding of their boundary surfaces **10'** and **11'** in the closed mold, and the third set of part objects **4"** and **8"** is getting their respective boundary surfaces **10"** and **11"** heated by the movable heating units **13**. Finally has the fourth set of part objects **4'"** and **8'"** just been molded at their respective cores **3** and **3'**.

Hereby the first sequence of the two turnable middle parts **6** and **6'** is terminated. By the next turning of 90 degrees a new molding- and assembling cycle is started, as the first, where all four sides of each of the two turnable middle parts **6** and **6'** are in full function. Hereafter a continuous production of part objects and the assembling hereof can continue after the same principles.

The on the drawing shown is just a single example of how the procedure and the machinery of the invention can be realized. This should however be sufficient to show the fundamental principles of the invention.

However there could also have been shown other versions of the procedure and the machinery according to the invention. Thus could the two object parts after their assembling a bottle or another kind of container. This can be realized by the turnable middle parts in stead of the on the drawing shown cavities have outgoing cores/core parts, which could make the design of the opening of the bottle. It will likewise be seen, that more technical objects with a difficult geometry preferably could be produced after the procedure according to the invention, which in all respects provides entire new possibilities for the designing of molded objects.

It shall also be noticed that the on the drawing shown step by applying heat possibly can be avoided, if e.g. the material, the design of the object or the velocity of the movement allows this. This is e.g. also the case, if the part objects solely have to be assembled by a pure mechanical assembling, such as a snap- or click function. E.g. in stead of the step in the movement, where heat is applied, the part objects can be supplied with other things, such as electronics, fluid or metal parts, which shall be included in the assembled object.

The invention claimed is:

**1**. A process for the molding and assembling of a two-part plastic object, the process comprising the steps of:

providing a machine including first and second rotatable molds, each mold having at least two mold cavities formed therein, and each of said molds having and rotatable on a substantially vertically orientated axis of rotation;

introducing plastic into one of said mold cavities in said first rotatable mold, to form a part, at a first forming position located at a distal facing side of said first rotatable mold;

introducing plastic into one of said mold cavities in said second rotatable mold, to form a part, at a second forming position located at a distal facing side of said second rotatable mold;

rotating said rotatable molds; and

joining parts in opposing mold cavities at an assembly position when one of said mold cavities of said first mold and one of said mold cavities of said second mold are aligned intermediate to said axes of rotation;

wherein the at least two mold cavities in each mold enables said parts to be simultaneously formed at said forming positions and assembled together at said assembly position.

**2**. The process of claim **1** wherein the steps of introducing plastic at the forming position and joining opposing parts at the assembly position are performed simultaneously, and repeatedly between rotating steps, to continuously produce multiple objects.

**3**. The process of claim **1** further including the step of applying heat to an edge of the part before the joining step.

**4**. The process of claim **1** further including the step of ejecting a finished object from said mold cavities after the joining step.

**5**. The process of claim **1** further including the step of moving at least one of said molds in a transverse direction perpendicular to said axis of rotation, during the joining step, to close together the molds at said assembly position.

**6**. A process for the molding and assembling of a two-part plastic object, the process comprising the steps of:

providing a machine including first and second rotatable molds, each mold having at least two mold cavities formed therein, and each of said molds having and rotatable on an axis of rotation;

introducing plastic into one of said mold cavities in said first rotatable mold, to form a part, at a first forming position located at a distal facing side of said first rotatable mold aligned with said axes of rotation;

introducing plastic into one of said mold cavities in said second rotatable mold, to form a part, at a second forming position located at a distal facing side of said second rotatable mold aligned with said axes of rotation;

rotating said rotatable molds; and

joining parts in opposing mold cavities at an assembly position when one of said mold cavities of said first mold and one of said mold cavities of said second mold are aligned intermediate to said axes of rotation;

wherein the at least two mold cavities in each mold enables said parts to be simultaneously formed at said forming positions and assembled together at said assembly position.

**7**. The process of claim **6** wherein the steps of introducing plastic at the forming position and joining opposing parts at the assembly position are performed simultaneously, and repeatedly between rotating steps, to continuously produce multiple objects.

**8**. The process of claim **6** further including the step of applying heat to an edge of the part before the joining step.

**9**. The process of claim **6** further including the step of ejecting a finished object from said mold cavities after the joining step.

**10**. The process of claim **6** further including the step of moving at least one of said molds in a transverse direction perpendicular to an axis of rotation of the movable mold, during the joining step, to close together the molds at said assembly position.

* * * * *