# EXHIBIT 6

**08 C 969**

**JUDGE GRADY**
**MAGISTRATE JUDGE ASHMAN**

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/008,126 | 07/26/2006 | 7801222 | RP-9001 | 9122 |

26530    7590    08/21/2006

LADAS & PARRY LLP
224 SOUTH MICHIGAN AVENUE
SUITE 1600
CHICAGO, IL 60604

| EXAMINER |
|---|
|   |

| ART UNIT | PAPER NUMBER |
|---|---|
|   |   |

DATE MAILED: 08/21/2006

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

8/20/06

THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS

KEVIN D. ERICKSON

PAULEY PETERSEN & ERICKSON

2800 W. HIGGINS ROAD SUITE 365

HOFFMAN ESTATES, IL 60195

## *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO  90/008126

PATENT NO.  7,081,222

ART UNI  3993

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified ex parte reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a replly has passed, no submission on behalf of the ex parte reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

| | Control No. | Patent Under Reexamination |
|---|---|---|
| **Order Granting / Denying Request For Ex Parte Reexamination** | 90/008,126 | 7801222 |
| | Examiner | Art Unit |
| | Kiley Stoner | 3991 |

*--The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

The request for *ex parte* reexamination filed <u>26 July 2006</u> has been considered and a determination has been made. An identification of the claims, the references relied upon, and the rationale supporting the determination are attached.

Attachments:  a)☐ PTO-892,   b)☒ PTO-1449,   c)☐ Other: _____

1. ☒   The request for *ex parte* reexamination is GRANTED.

   RESPONSE TIMES ARE SET AS FOLLOWS:

   For Patent Owner's Statement (Optional): TWO MONTHS from the mailing date of this communication (37 CFR 1.530 (b)). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**

   For Requester's Reply (optional): TWO MONTHS from the **date of service** of any timely filed Patent Owner's Statement (37 CFR 1.535). **NO EXTENSION OF THIS TIME PERIOD IS PERMITTED.** If Patent Owner does not file a timely statement under 37 CFR 1.530(b), then no reply by requester is permitted.

2. ☐   The request for *ex parte* reexamination is DENIED.

   This decision is not appealable (35 U.S.C. 303(c)). Requester may seek review by petition to the Commissioner under 37 CFR 1.181 within ONE MONTH from the mailing date of this communication (37 CFR 1.515(c)). **EXTENSION OF TIME TO FILE SUCH A PETITION UNDER 37 CFR 1.181 ARE AVAILABLE ONLY BY PETITION TO SUSPEND OR WAIVE THE REGULATIONS UNDER 37 CFR 1.183.**

   In due course, a refund under 37 CFR 1.26 ( c ) will be made to requester:

   a) ☐ by Treasury check or,

   b) ☐ by credit to Deposit Account No. _____, or

   c) ☐ by credit to a credit card account, unless otherwise notified (35 U.S.C. 303(c)).

Kiley Stoner
Examiner
Art Unit: 3991

cc:Requester ( if third party requester )
U.S. Patent and Trademark Office
PTOL-471 (Rev. 04-01)    Office Action in *Ex Parte* Reexamination    Part of Paper No. 20060811

Application/Control Number: 90/008,126                                              Page 2
Art Unit: 3991

# Reexamination

## Status of the Claims

1.  The third party Request for the ex parte Reexamination of claims 1-10 of Gram (U.S. 7,081,222) (hereafter the '222 patent) was received on 7/26/06.

## Substantial New Question of Patentability

2.  For a Substantial New Question (SNQ) of Patentability (MPEP 2242) to be present it is only necessary that:

    A) Prior art reference(s) raise a SNQ for at least one claim, such that a reasonable examiner would consider the teaching to be important in deciding whether or not the claim was patentable. A SNQ may be based on newly cited art or even solely on old art where the old art is being presented/viewed in a new light, or in a different way, as compared with its use in earlier concluded examination(s), in view of a material new argument or interpretation presented in the request.

    B) The same question of patentability as to the claim has not been decided by the Office or in final holding of invalidity by the Federal Courts, after appeals, or time for such have expired.

## Decision Granting Ex Partes Reexamination

3.  A substantial new question of patentability affecting claims 1-10 of the '222 patent is raised by the request for reexamination.

Application/Control Number: 90/008,126                                                                 Page 3
Art Unit: 3991

Extensions of time under 37 CFR 1.136(a) will not be permitted in these proceedings because the provisions of 37 CFR 1.136 apply only to "an applicant" and not to parties in a reexamination proceeding. Additionally, 35 U.S.C. 305 requires that reexamination proceedings "will be conducted with special dispatch" (37 CFR 1.550(a)). Extension of time in reexamination proceedings are provided for in 37 CFR 1.550(c).

The patent owner is reminded of the continuing responsibility under 37 CFR 1.565(a), to apprise the Office of any litigation activity, or other prior or concurrent proceeding, involving Patent No. 7,081,222 throughout the course of this reexamination proceeding. See MPEP §§ 2207, 2282 and 2286. The third party requester is also reminded of the ability to similarly apprise the Office of any such activity or proceeding throughout the course of this reexamination proceeding. See MPEP §§ 2207, 2282 and 2286.

### Existence of a Substantial New Question of Patentability

4.     Newly raised DE-4123690A1 (hereafter the '690 patent) raises a substantial new question of patentability as to claims 1-10 of the '222 patent. As pointed out on pages 5-6 of the request, the '690 patent teaches a method for simultaneously forming and assembling two injected molded parts using two rotating molding tools. The '690 patent specifically teaches two rotatable molding tool plates disposed between two opposed mold plates (paragraphs 8 and 19-23 of the translation). Furthermore, the '690 patent teaches first and second casings of the final molded object are formed in the first and second molding spaced, respectively, by an injected molded material (paragraphs 8 and

Application/Control Number: 90/008,126                                                        Page 4
Art Unit: 3991

19 of the translation). There is a substantial likelihood that a reasonable examiner would consider this teaching important in deciding whether or not the claims are patentable. Accordingly, the '690 patent raises a substantial new question of patentability as to claims 1-10, which has not been decided in a previous examination of the '222 patent.

## Correspondence

5.     Any inquiry concerning this communication or earlier communications from the examiner should be directed to Kiley Stoner whose telephone number is (571) 272-1183. The examiner can normally be reached on Monday-Friday (10:00 a.m. to 6:30 p.m.). If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Deborah Jones can be reached at (571) 272-1535. The fax phone number for the organization where this proceeding is assigned is (571) 273-7705.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

**All** correspondence relating to this *ex parte* reexamination proceeding should be directed as follows:

Application/Control Number: 90/008,126 Page 5
Art Unit: 3991

**By U.S. Postal Service Mail** to:

    Mail Stop *Ex Parte* Reexam
    ATTN: Central Reexamination Unit
    Commissioner for Patents
    P.O. Box 1450
    Alexandria, VA 22313-1450

By FAX to: (571) 273-9900
            Central Reexamination Unit

By hand to: Customer Service Window
             Randolph Building
             401 Dulany St.
             Alexandria, VA 22314

Any inquiry concerning this communication or earlier communications from the Examiner, or as to the status of this proceeding, should be directed to the Central Reexamination Unit at telephone number (571) 272-7705.

Signed:

*/Kiley Stoner/ 8/18/06*

Kiley Stoner

Primary Examiner

AU 3991

(571) 272-1183

*/conferee/*    */conferee/*