# EXHIBIT 8

**08 C 969**

**JUDGE GRADY**
**MAGISTRATE JUDGE ASHMAN**

Control No. 90/008,126                            PATENT REEXAMINATION
Reply to Office Action of April 27, 2007               Docket: CU-5007

**FAX RECEIVED**
**JUN 27 2007**
**CENTRAL REEXAMINATION UNIT**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re: | Reexamination of U.S. Pat. 7,081,222 | Art Unit: 3991 |
| Control No: | 90/008,126 | Examiner: Kiley Stoner |
| Filed: | 07/26/2006 | |
| For: | PROCEDURE AND MACHINERY FOR THE MOLDING AND ASSEMBLING OF AN ASSEMBLED OBJECT | |

### Certification under 37 C.F.R. §1.8(a)

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being transmitted to the United States Patent and Trademark Office to the <u>Central Re-Examination Unit</u>, Fax. No. (571) 273-9900 on June 27, 2007.

                                                         Edward J. Chalfie

### Certificate of Service

I hereby certify that the AMENDMENT UNDER 37 CFR 1.111 filed June 22, 2007 has been served on the Requester by mailing a copy of said paper by first class mail, postage prepaid, on June 27, 2007, to Attorney for Requester, at the following address:

       Kevin D. Erickson
       Pauley Peterson & Erickson
       2800 West Higgins Road
       Suite 365
       Hoffman Estates, IL 60195

                                                   Edward J. Chalfie

1

PAGE 1/1 * RCVD AT 6/27/2007 7:21:12 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-6/5 * DNIS:2739900 * CSID:312 427 6663 * DURATION (mm-ss):00-32

Control No. 90/008,126  PATENT REEXAMINATION
Reply to Office Action of April 27, 2007  Docket: CU-5007

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re: | Reexamination of U.S. Pat. 7,081,222 ] | Art Unit: 3991 |
| Control No: | 90/008,126 ] | Examiner: Kiley Stoner |
| Filed: | 07/26/2006 ] | |
| For: | **PROCEDURE AND MACHINERY FOR THE MOLDING AND ASSEMBLING OF AN ASSEMBLED OBJECT** | |

### Certification under 37 C.F.R. §1.8(a)

I hereby certify that this paper (along with any paper referred to as being attached or enclosed) is being transmitted to the United States Patent and Trademark Office to the Central Re-Examination Unit, Fax. No. (571) 273-9900 on June 22, 2007.

*10 pages total.*

Edward J. Chalfie

### AMENDMENT UNDER 37 CFR 1.111

**Mail Stop *Ex Parte Reexam***
Attn: Central Reexamination Unit
Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

Sir:

In response to the Office communication that was mailed April 27, 2007 in connection with the above-identified reexamination, the patent owner submits the following amended claims as well as new claims 11 - 16.

**Amendments to the Claims** are reflected in the listing of claims, which begins on page 2 of this paper.

**Remarks/Arguments** begin on page 8 of this paper.

1

Control No. 90/008,126  
Reply to Office Action of April 27, 2007

PATENT REEXAMINATION  
Docket: CU-5007

### Amendments to the Claims

The listing of claims presented below will replace all prior versions, and listings, of claims in the patent.

### Listing of claims:

1. (Amended) A process for the molding and assembling of a two-part plastic object, the process comprising the steps of:

    providing a machine including first and second rotatable molds, each mold having at least two mold cavities formed therein, and each of said molds having and rotatable on a substantially vertically orientated axis of rotation;

    introducing plastic into one of said mold cavities in said first rotatable mold, to form a part, at a first forming position located at a distal facing side of said first rotatable mold;

    introducing plastic into one of said mold cavities in said second rotatable mold, to form a part, at a second forming position located at a distal facing side of said second rotatable mold;

    rotating said rotatable molds; and

    joining parts in opposing mold cavities at an assembly position when one of said mold cavities of said first mold and one of said mold cavities of said second mold are aligned intermediate to said axes of rotation;

    wherein the at least two mold cavities in each mold enables said parts to be simultaneously formed at said forming positions and assembled together at said assembly position <u>by a purely mechanical assembly of said parts</u>.

2

06/22/2007 15:54 FAX 312 427 6663        LADAS & PARRY LLP                    ☑003

Control No. 90/008,126                                    PATENT REEXAMINATION
Reply to Office Action of April 27, 2007                         Docket: CU-5007

2. The process of claim 1 wherein the steps of introducing plastic at the forming position and joining opposing parts at the assembly position are performed simultaneously, and repeatedly between rotating steps, to continuously produce multiple objects.

3. The process of claim 1 further including the step of applying heat to an edge of the part before the joining step.

4. The process of claim 1 further including the step of ejecting a finished object from said mold cavities after the joining step.

5. The process of claim 1 further including the step of moving at least one of said molds in a transverse direction perpendicular to said axis of rotation, during the joining step, to close together the molds at said assembly position.

6. (Amended) A process for the molding and assembling of a two-part plastic object, the process comprising the steps of:

   providing a machine including first and second rotatable molds, each mold having at least two mold cavities formed therein, and each of said molds having and rotatable on an axis of rotation;

   introducing plastic into one of said mold cavities in said first rotatable mold, to form a part, at a first forming position located at a distal facing side of said first rotatable mold aligned with said axes of rotation;

   introducing plastic into one of said mold cavities in said second rotatable mold, to form a part, at a second forming position located at a distal facing side of said second rotatable mold aligned with said axes of rotation;

   rotating said rotatable molds; and

3

06/22/2007 15:54 FAX 312 427 6663        LADAS & PARRY LLP                    ☒004

Control No. 90/008,126                               PATENT REEXAMINATION
Reply to Office Action of April 27, 2007                    Docket: CU-5007

>joining parts in opposing mold cavities at an assembly position when one of said mold cavities of said first mold and one of said mold cavities of said second mold are aligned intermediate to said axes of rotation;
>
>wherein the at least two mold cavities in each mold enables said parts to be simultaneously formed at said forming positions and assembled together <u>by a purely mechanical assembly of said parts</u> at said assembly position.

7. The process of claim 6 wherein the steps of introducing plastic at the forming position and joining opposing parts at the assembly position are performed simultaneously, and repeatedly between rotating steps, to continuously produce multiple objects.

8. The process of claim 6 further including the step of applying heat to an edge of the part before the joining step.

9. The process of claim 6 further including the step of ejecting a finished object from said mold cavities after the joining step.

10. The process of claim 6 further including the step of moving at least one of said molds in a transverse direction perpendicular to an axis of rotation of the movable mold, during the joining step, to close together the molds at said assembly position.

11. <u>(New) A process for the molding and assembling of a two-part plastic object, the process comprising the steps of:</u>

>providing a machine including first and second rotatable molds, each mold having at least two mold cavities formed therein, and each of said molds having, and being rotatable on, a substantially vertically orientated axis of rotation;

4

06/22/2007 15:54 FAX 312 427 6663        LADAS & PARRY LLP                    ☒005

Control No. 90/008,126                                          PATENT REEXAMINATION
Reply to Office Action of April 27, 2007                              Docket: CU-5007

introducing plastic into one of said mold cavities in said first rotatable mold, to form a first part, at a first forming position located at a distal facing side of said first rotatable mold;

introducing plastic into one of said mold cavities in said second rotatable mold, to form a second part, at a second forming position located at a distal facing side of said second rotatable mold;

rotating said first rotatable mold ninety degrees about its axis and rotating said second rotatable mold ninety degrees about its axis;

after the first and second rotatable molds are rotated, applying heat to an edge of at least one of the first part and the second part;

after the step of applying heat to an edge, rotating said first rotatable mold an additional ninety degrees about its axis and rotating said second rotatable mold an additional ninety degrees about its axis;

joining parts in opposing mold cavities at an assembly position when one of said mold cavities of said first mold and one of said mold cavities of said second mold face each other;

wherein the at least two mold cavities in each mold enables said parts to be simultaneously formed at said forming positions and assembled together at said assembly position.

12. (New) The process of Claim 11 wherein said first rotatable mold is rotating clockwise about its axis and the second rotatable mold is rotating counterclockwise about its axis.

PAGE 5/10 * RCVD AT 6/22/2007 4:54:14 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-5/10 * DNIS:2739900 * CSID:312 427 6663 * DURATION (mm-ss):01-22

06/22/2007 15:54 FAX 312 427 6663         LADAS & PARRY LLP                    ☒006

Control No. 90/008,126                                          PATENT REEXAMINATION
Reply to Office Action of April 27, 2007                              Docket: CU-5007

    13. (New)  The process of Claim 11 further including the steps of introducing a non-plastic component in said first rotatable mold and affixing said non-plastic component to the first part.

    14. (New)  A process for the molding and assembling of a two-part plastic object, the process comprising the steps of:

    providing a machine including first and second rotatable molds, each mold having at least two mold cavities formed therein, and each of said molds having, and being rotatable on, an axis of rotation;

    introducing plastic into one of said mold cavities in said first rotatable mold, to form a part, at a first forming position located at a distal facing side of said first rotatable mold aligned with said axes of rotation;

    introducing plastic into one of said mold cavities in said second rotatable mold, to form a part, at a second forming position located at a distal facing side of said second rotatable mold aligned with said axes of rotation;

    rotating said first rotatable mold ninety degrees about its axis of rotation and rotating said second rotatable mold ninety degrees about its axis of rotation;

    after the first and second rotatable molds are rotated, applying heat to an edge of at least one of the parts in the corresponding rotatable molds;

    after the step of applying heat to an edge, rotating said first rotatable mold an additional ninety degrees about its axis of rotation and rotating said second rotatable mold an additional ninety degrees about its axis of rotation;

6

06/22/2007 15:54 FAX 312 427 6663    LADAS & PARRY LLP    ☒007

Control No. 90/008,126             PATENT REEXAMINATION
Reply to Office Action of April 27, 2007           Docket: CU-5007

joining parts in opposing mold cavities at an assembly position when one of said mold cavities of said first mold and one of said mold cavities of said second mold are aligned intermediate to said axes of rotation;

wherein the at least two mold cavities in each mold enables said parts to be simultaneously formed at said forming positions and assembled together.

15. (New) The process of Claim 14 wherein said first rotatable mold is rotating clockwise about its axis and the second rotatable mold is rotating counterclockwise about its axis.

16. (New) The process of Claim 14 further including the steps of introducing a non-plastic component in said first rotatable mold and affixing said non-plastic component to the first part.

7

Control No. 90/008,126                                      PATENT REEXAMINATION
Reply to Office Action of April 27, 2007                          Docket: CU-5007

## REMARKS/ARGUMENTS

Claims 6-10 were rejected under 35 U.S.C. §102(b) as being anticipated by DE-4123690A1 to Borowitz (DE '690). Claims 1-5 were rejected under 35 U.S.C. §103(a) as being obvious and therefore unpatentable over DE '690.

After carefully considering the office action and after carefully considering DE '690, independent claims 1 and 6 have been amended to avoid DE '690. New claims 11 and 12 have been added, which also avoid DE '690.

Paraphrased, claims 1 and 6 have been amended to recite that the molded parts (pieces) are joined or assembled together by a purely mechanical assembly. Support for the amendment to claims 1 and 6 can be found in the Abstract. Support can also be found in column 3, lines 16-21. No new matter has been added.

The amendments to claims 1 and 6 make the claims avoid DE '690 because DE '690 requires the two parts to be "vulcanized" in order for them to be assembled together. More particularly, and with reference to the certified translation of DE '690, the fifth and sixth paragraphs of the fourth page describe what is depicted in FIG. 4 of the reference. Those two paragraphs clearly and unambiguously state that "[t]he two casings 2 and 3 are _vulcanised (sic) together_ at the corresponding contact surfaces, by which means a membrane hollow body arises." (Emphasis added.) The reference thus requires the two pieces to be joined by vulcanization.

Merriam Webster's 11th Collegiate Dictionary defines "vulcanization" as "the process of treating crude or synthetic rubber or similar plastic material

8

06/22/2007 15:54 FAX 312 427 6663    LADAS & PARRY LLP    ☑009

Control No. 90/008,126                                       PATENT REEXAMINATION
Reply to Office Action of April 27, 2007                                Docket: CU-5007

*chemically* to give it useful properties." (Emphasis added.) Unlike amended claims 1 and 6, which recite that the molded parts are joined mechanically, the DE '690 reference requires the casings 2 and 3 to be treated *chemically* in order for them to be joined together. Amended claims 1 and 6 therefore avoid DE '690 because they recite mechanical coupling.

New claims 11 and 12 were derived from original claims 1 and 6 by amending claims 1 and 6 to recite that the molds rotate about their rotation axes in opposite directions by 90 degrees. After the molds are rotated by a first 90 degrees, an edge of at least one part in one mold is heated. The molds are then rotated by *another* 90 degrees so that the two parts face each other, whereupon the two pieces are joined together.

Support for new claims 11-16 can be found in original claims 1 and 6 but also in column 2, lines 24-34, which describes FIG. 2. Additional support for new claims 13 and 16 can be found in column 3, lines 21-24. No new matter has been added.

The figures of DE '690 clearly show that the molds have only two, opposing faces. The molds of DE '690 must therefore rotate by 180 degrees in order to permit a part molded in one face to be joined to another part that was molded in a different face.

New independent claims 11 and 14, which are narrowed forms of original claims 1 and 6 respectively, avoid DE '690 because the molds used in DE '690 must rotate by 180 degrees after they are filled with material. Requiring the

9

Control No. 90/008,126                                      PATENT REEXAMINATION
Reply to Office Action of April 27, 2007                  Docket: CU-5007

molds to rotate by 180 degrees as required by the DE '690 reference makes the reference inherently slower than the claimed invention.

The patent owner believes that the amendments to claims 1 and 6 traverse the Examiner's rejections under both §102 and §103. The patent owner also believes that new claims 11-16 avoid the art that was cited.

The Examiner is invited to call the undersigned representative at the Examiner's convenience to resolve any other issues.

                                                                                  Respectfully submitted,

Dated: June 22, 2007

                                                        Edward J. Chalfie, Reg. No. 29,37[?]
                                                        Ladas & Parry LLP
                                                        224 South Michigan Avenue
                                                        Chicago, Illinois 60604
                                                        (312) 427-1300

10

PAGE 10/10 * RCVD AT 6/22/2007 4:54:14 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-5/10 * DNIS:2739900 * CSID:312 427 6663 * DURATION (mm-ss):01-22