# EXHIBIT 9

**08 C 969**

**JUDGE GRADY**
**MAGISTRATE JUDGE ASHMAN**

# In-Mold Assembly press release.

Gram Technology, Inc. (Gram) is pleased to announce its successful defense of the reexamination of Gram's United States Patent No. 7,081,222 (the '222 patent). In the reexamination, requested by Foboha GmbH's attorneys, the United States Patent and Trademark Office (USPTO) has confirmed the patentability of the 10 original claims of the '222 patent, as applied to mechanical in-mold assembly processes. In addition, the USPTO have confirmed the patentability of 6 additional new claims sought by Gram.

The USPTO confirmation of the patentability of the Gram claims strengthens the presumption of validity of the patent with respect to the prior art relied on by the opposition. Upon completion of the reexamination process, Gram intends to enforce its valuable intellectual property rights to the fullest extent permitted by law.