**08 C 969**

# EXHIBIT 10

**JUDGE GRADY**
**MAGISTRATE JUDGE ASHMAN**

-4. Jan.

**Adval Tech Holding AG**
CH-3172 Niederwangen
Phone.: ++41 31 980 84 44
Fax: ++41 31 980 82 60          Send by fax          December 21st 2007

Attn. Mr. Walter Grüebler (Chairman), Mr. Michael Pieper (Vice Chairman), Mr. Leonardo Attanasio, Mr. Hans Dreier, Mr. Willy Michel, Mr. Josef Reissner, Mr. Roland Waibel,
Mr. Jean-Claude Philipona (Chief Executive Officer), Mr. René Rothen, Mr. Thomas Meyer, Mr. Hans Dreier, Mr. Markus Reber,

Gentlemen,

As an Advaltech stock holder I would like to bring the following to your urgent attention:

(The case might also be affected by the Sarbanes-Oxley rules and regulations since it seems that the potential liabilities has not been reflected in Advaltech's yearly reports)

In order to support my concerns I have enclosed the present status on the double cube in-mold assembly technology in relation to Gram and a short timeline of the events up till now:

April 28, 2003 - Gram files US Patent Application No. 10/415,281 "Procedure and Machinery for the Molding and Assembly of an Assembled Object" ("In-Mold Assembly") based on the priority of Danish patent application No DK/2000/01605, filed October 26, 2000.

Early 2003 - Gram starts to market the double cube in-mold assembly technology with Milacron.

June 2003 - Gram exhibits the double cube in-mold assembly technology together with Milacron at the Milacron booth at NPE 2003.

October 2004 - Foboha and Milacron announce their new joint development of double cube in-mold technology at K-show 2004.

October 20, 2004 - On the first day of K-show, Gram asks Milacron about their activities, referring to NPE 2003 and Gram's pending patent applications on the technology. Milacron refers Gram to Foboha who presents a tradeshow press release at the K-show.

May 24, 2006 - Gram receives a Notice of Allowance for the In-Mold Assembly patent application from the US patent and trademark office.

June 11, 2006 – Gram notifies Foboha (Mr. Armbruster), Advaltech (Mr. Philipona) and Milacron (Mr. Brown and Mr. Bourdon) of the Notice of Allowance for the In-Mold Assembly patent application.

The parties agree to a meeting on June 19, 2006, the first day of the NPE 2006 at the Milacron booth.

June 19, 2006 – At the meeting, Foboha and Milacron inform Gram that they believe that the allowed claims of the Gram In-Mold Assembly patent application are invalid because of a prior German patent, but refuse to disclose that German patent to Gram or his attorney. Foboha threaten to file a request for reexamination as soon as the Gram In-Mold Assembly patent is issued, and Foboha presents Gram with another tradeshow press release.

July 25, 2006 – The US Patent and Trademark Office issues US Patent 7,081,222 to Gram (the "Gram In-Mold Assembly patent")

July 26, 2006 – The lawyers that represented Foboha at the June 19, 2006 meeting file a request for reexamination against the Gram In-Mold Assembly patent.

April 27, 2007 – The US Patent and Trademark Office issues an office action in the reexamination preceding against the Gram In-Mold Assembly patent, citing the German patent. The cited German patent requires a vulcanization step for the assembly of a molded object.

June 22, 2007 – Gram responds to the office action, amending the ten claims to specifically apply to mechanical assembly and also adding six new claims.

July 31, 2007 – The US Patent and Trademark Office informs Gram that the first 10 claims are considered patentable, and six new claims were rejected solely as to form.

December 10, 2007 – Gram files a supplemental response pursuant to agreement with the examiners, showing all 16 claims in their current final patentable form.

Gram US Patent 7,081,222 will emerge from the reexamination proceeding significantly stronger, with new claim coverage and resistant to subsequent attack based on the prior art Foboha relied on. Gram has additional patents and patent applications pending on the technology in several strategic areas of the world.

From the Milacron brochure: "DEDICATED SOLUTIONS FOR CAPS & CLOSURES" page 6 & 7 you can read that both cubes and double

cubes are exclusive solutions from Ferromatik Milacron and mold maker Foboha.

At this point, Foboha is trying to invalidate four other individually different patents from Gram within the spinning cube technology EP 1 058 612, EP 1 237 701, EP 1 475 209 and US 7 150 845 where of the first EP 1 058 612 has been deemed to remain valid with minor changes by the European patent court in April 24, 2007.

Unilever has settled with Gram, and others might consider doing the same in view of the IP situation and the events that has taken place in the past.

I urge you to determine the veracity of these statements for yourself after reviewing the facts. Therefore I include the following information for your consideration. Attached are the following materials:

A copy of the K-show 2004 tradeshow press release from Foboha

A copy of the NPE 2006 tradeshow press release from Foboha

A copy of the Gram US Patent 7,081,222 which is the subject of Reexamination No. 90/008,126.

A copy of the status of the reexamination No. 90/008,126, at the end of July 2007, where the first 10 claims are considered patentable and six new claims were rejected solely as to form.

Copy of the current status of the reexamination No. 90/008,126, December 2007, where the 6 new claims were submitted for approval pursuant to agreement with the examiners, and showing all 16 claims in their current final form.

I encourage Advaltech to evaluate the facts in the public record with their legal advisors, so Advaltech can draw its own conclusions.

I would be happy to help you resolve any additional questions.

Best regards,

Jes Gram

Advaltech stock holder

Phone # +1 480 567 6465        Email: jes.gram@cox.net