**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**

**FEBRUARY 15, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 969**

In the Matter of                                    Case Number:

FOBOHA GmbH, and
FOBOHA US, Inc.,
v.
GRAM TECHNOLOGY, INC., and
JES GRAM

**JUDGE GRADY**
**MAGISTRATE JUDGE ASHMAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FOBOHA GmbH, and
FOBOHA US, Inc.,

Plaintiffs.

| |
|---|
| NAME (Type or print)<br> Gary M. Ropski |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ Gary M. Ropski |
| FIRM<br> Brinks Hofer Gilson & Lione |
| STREET ADDRESS<br> 455 N. Cityfront Plaza Dr., Suite 3600 |
| CITY/STATE/ZIP<br> Chicago, IL 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>2376636 | TELEPHONE NUMBER<br>312-321-4200 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |