RCC

**FILED**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**FEBRUARY 15, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 969**

| In the Matter of | Case Number: |
|---|---|

FOBOHA GmbH, and
FOBOHA US, Inc.,
v.
GRAM TECHNOLOGY, INC., and
JES GRAM

**JUDGE GRADY**
**MAGISTRATE JUDGE ASHMAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FOBOHA GmbH, and
FOBOHA US, Inc.,

Plaintiffs.

---

NAME (Type or print)
Timothy P. Lucier

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/ Timothy P. Lucier

FIRM
Brinks Hofer Gilson & Lione

STREET ADDRESS
455 N. Cityfront Plaza Dr., Suite 3600

CITY/STATE/ZIP
Chicago, IL 60611

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6257128 | 312-321-4200 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☑

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐    NO ☑

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☑    NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐