IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOBOHA GmbH, a German corporation, and FOBOHA US, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> GRAM TECHNOLOGY, INC., an Arizona Corporation; and <br><br> JES GRAM, an individual, <br><br> Defendants. | CASE NO. 08cv969 <br><br><br><br><br><br> JURY TRIAL DEMANDED |

## REQUEST FOR REFUND OF FILING FEE

On February 15, 2008, Plaintiffs filed a Complaint for Case No. 08cv969. During the filing of that complaint, Plaintiffs were charged twice for the filing of said complaint. Receipt No. 2544152 corresponds to the complaint filed in this district on February 15, 2008. Receipt No. 2544021 is a duplicate charge for the same filing. Plaintiffs request a refund of $350.00 for the duplicate filing fee.

February 26, 2008

Respectfully Submitted,

By:   s/Amanda M. Miller

Amanda M. Miller
Brinks Hofer Gilson & Lione
455 North Cityfront Plaza Dr.
Suite 3600
Chicago, Illinois 60611
Tel. 312-321-4200
Fax. 312-321-4299