# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FOBOHA GmbH., and
FOBOHA US, Inc.

CASE NUMBER: **08 C 969**

V.

ASSIGNED JUDGE:

GRAM TECHNOLOGY, INC., and
JES GRAM

**JUDGE GRADY
MAGISTRATE JUDGE ASHMAN**

DESIGNATED
MAGISTRATE JUDGE:

TO: Gram Technology, Inc., 10625 E. Pinnacle Peak Road, Scottsdale, AZ 85255,

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gary M. Ropski, Timothy P. Lucier, Amanda M. Miller
Brinks Hofer Gilson & Lione
455 North Cityfront Plaza Dr., Suite 3600
Chicago, Illinois 60611
Tel. 312-321-4200
Fax. 312-321-4299

an answer to the complaint which is herewith served upon you, within ___twenty (20) days___ after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

------------------------------------
(By) DEPUTY CLERK

February 15, 2008
------------------------------------
Date



AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                  Date                              *Signature of Server*

                                                    _____
                                                    *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

FOBOHA GmbH, and FOBOHA US, Inc. )
)
)
v. ) 08 C 969
)
Gram Technology, Inc. and Jes Gram., )
)

## AFFIDAVIT

I, Jerome Enriquez, hereby sworn on oath state that I am over the age of 18 years and not a party in the above captioned matter and that on February 19, 2008 at 3:25 P. M. I served this Summons and Complaint upon **Gram Technology, Inc. c/o Jes Gram** at 750 Kearney St., San Francisco, CA 94108 by serving:

Jes Gram

Description: Sex: Male, Race: Caucasian, Age: 38

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct

Further the Affiant Sayeth Naught.

_____
Process Server