IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOBOHA GmbH,<br>    a German corporation, and<br>FOBOHA US, Inc.,<br><br>    Plaintiffs,<br><br>v.<br><br>GRAM TECHNOLOGY, INC.,<br>    an Arizona Corporation; and<br><br>JES GRAM, an individual,<br><br>    Defendants. | CASE NO. 08cv969<br><br>Judge John F. Grady<br><br>Magistrate Judge Martin C. Ashman<br><br>JURY TRIAL DEMANDED |

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.3

On February 19, 2008, Plaintiffs received a copy of this Court's Procedures for Voluntary Mediation Program, as adopted pursuant to Local Rule 16.3(b). On February 25, 2008, a copy of the Procedures for Voluntary Mediation Program for Lanham Act Cases was sent to representatives of Foboha GmbH and Foboha US, Inc. On March 7, 2008, Plaintiffs caused a copy of the Procedures for Voluntary Mediation Program for Lanham Act Cases to be sent to Defendants' attorney, Edward J. Chalfie, in compliance with the local rules.

March 10, 2008

Respectfully Submitted,

By:   s/Amanda M. Miller
Gary M. Ropski
Timothy P. Lucier
Amanda M. Miller
Brinks Hofer Gilson & Lione
455 North Cityfront Plaza Dr.
Suite 3600
Chicago, Illinois 60611
Tel. 312-321-4200
Fax. 312-321-4299

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOBOHA GmbH,<br>    a German corporation, and<br>FOBOHA US, Inc.,<br><br>    Plaintiffs,<br><br>v.<br><br>GRAM TECHNOLOGY, INC.,<br>    an Arizona Corporation; and<br><br>JES GRAM, an individual,<br><br>    Defendants. | CASE NO. 08cv969<br><br>Judge John F. Grady<br><br>Magistrate Judge Martin C. Ashman<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Certificate of Compliance with Local Rule 16.3 was served upon counsel of record in the manner indicated below:

> BY EMAIL
> Edward J. Chalfie – EChalfie@ladas.net
> Ladas & Parry LLP
> 224 S. Michigan Ave.
> Suite 1600
> Chicago, IL 60604

Dated: March 10, 2008            s/ Amanda M. Miller
                                 Amanda M. Miller
                                 BRINKS HOFER GILSON & LIONE
                                 455 North Cityfront Plaza Drive
                                 NBC Tower, Suite 3600
                                 Chicago, Illinois  60611-5599
                                 (312) 321-4200
                                 (312) 321-4299 (Facsimile)
                                 amiller@brinkshofer.com