**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Foboha GmbH,           )<br>    a German corporation, and    )<br>                     )<br>Foboha US, Inc.,           )<br>    a Delaware corporation,     )<br>                     )<br>    Plaintiffs,            )<br>                     )<br>v.                    )<br>                     )<br>Gram Technology, Inc.,        )<br>    a Delaware corporation; and   )<br>                     )<br>Jes Gram, an individual,       )<br>    Defendants.            )  | Case No. 08 C 969<br><br>Judge Grady<br><br>Magistrate Judge Ashman |

**DEFENDANTS' UNOPPOSED MOTION
TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**

Pursuant to Fed. R, Civ. P. 6(b), Defendants Gram Technology, Inc. and Jes Gram hereby move to extend the period of time to answer or otherwise plead in response to Plaintiffs' Complaint by an additional 30 days, or until April 9, 2008.  The Defendants were served on February 19, 2008, and the date to answer or otherwise plead is March 10, 2008.

This Motion is not brought for the purposes of delay or harassment.  Defendants require the additional time requested to investigate the allegations in Plaintiffs' complaint and to file a proper response thereto.  In addition, Defendants seek additional time to explore possible resolution of this matter.

- 2 -

On March 10, 2008, Plaintiffs' counsel, Amanda M. Miller, advised Defendants' counsel that Plaintiffs do not oppose this Motion.

Dated: March 10, 2008              Respectfully submitted,


                                   s/ Edward J. Chalfie
                                   Edward J. Chalfie
                                   Zareefa B. Flener
                                   Amanda R. Roach
                                   LADAS & PARRY LLP
                                   224 South Michigan Avenue, Suite 1600
                                   Chicago, IL 60604
                                   Tel: 312-427-1300
                                   Fax: 312-427-6663

                                   Attorneys for Defendants

- 3 -

**CERTIFICATE OF SERVICE**

      The undersigned attorney certifies that on March 10, 2008, he electronically filed the foregoing DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD with the Clerk of the Court for the Northern District of Illinois using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Electronic Filing:

| | |
|---|---|
| Gary Melchior Ropski | Email: gropski@usebrinks.com |
| Amanda Makai Miller | Email: amiller@brinkshofer.com |
| Timothy P. Lucier | Email: tlucier@usebrinks.com |

                              s/ Edward J. Chalfie
                              One of the attorneys for Defendants