## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Foboha GmbH,<br>    a German corporation, and<br><br>Foboha US, Inc.,<br>    a Delaware corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>Gram Technology, Inc.,<br>    a Delaware corporation; and<br><br>Jes Gram, an individual,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 08 C 969<br>)<br>)  Judge Grady<br>)<br>)  Magistrate Judge Ashman<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

To:    Gary M. Ropski
        Timothy P. Lucier
        Amanda M. Miller
        Brinks Hofer Gilson & Lione
        455 North Cityfront Plaza Dr.
        Suite 3600
        Chicago, Illinois 60611

     **PLEASE TAKE NOTICE** that on March 12, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable John F. Grady, or any judge sitting in his stead, in the courtroom usually occupied by his in Courtroom 2201 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present to the Court **Defendants' Unopposed Motion to Extend Time to Answer or Otherwise Plead,** a copy of which is attached hereto and herewith served upon you.

                                                                       s/ Edward J. Chalfie
                                                                     One of the attorneys for Defendants

## CERTIFICATE OF SERVICE

     The undersigned attorney certifies that on March 10, 2008, he electronically filed the foregoing Notice and the Motion referenced therein with the Clerk of the Court for the Northern District of Illinois using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Electronic Filing:

| | |
|---|---|
| Gary Melchior Ropski | Email: gropski@usebrinks.com |
| Amanda Makai Miller | Email: amiller@brinkshofer.com |
| Timothy P. Lucier | Email: tlucier@usebrinks.com |

                                                       s/ Edward J. Chalfie
                                                       One of the attorneys for Defendants