# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Foboha GmbH, et al.

Plaintiff,

v.                                                    Case No.: 1:08−cv−00969

Honorable John F. Grady

Gram Technology, Inc., et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 11, 2008:

   MINUTE entry before Judge John F. Grady :Motion for extension of time to answer [12] is granted. Hearing set for 03/12/08 stricken. Defendants' to answer or otherwise plead to the complaint on or before 04/09/08. Initial status hearing set for 4/30/2008 at 11:00 AM.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.