# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| FOBOHA GMBH and FOBOHA US, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GRAM TECHNOLOGY, INC. and JES )<br>GRAM, )<br>)<br>Defendants. )<br>) | Civil Action No. 08C-0969<br><br>Judge John F. Grady<br>Magistrate Judge Martin C. Ashman |

## UNOPPOSED MOTION FOR LEAVE TO WITHDRAW
## AMANDA MILLER'S APPEARANCE FOR PLAINTIFFS

Plaintiffs are represented by the law firm of Brinks Hofer Gilson & Lione ("Brinks Hofer") in this action. When the action was filed, three attorneys from Brinks Hofer appeared on behalf of Plaintiffs: Gary M. Ropski, Timothy P. Lucier, and Amanda M. Miller. (*See* Docket Nos. 3-5). Ms. Miller recently left Brinks Hofer. She is no longer involved in this action and does not have any authority to act on behalf of Plaintiffs. Accordingly, pursuant to Local Rule 83.17, Plaintiffs respectfully request leave to withdraw Ms. Miller as one of their counsel in this action.

Plaintiffs will continue to be represented by Mr. Ropski and Mr. Lucier in this action. In addition, Jeffry M. Nichols, another attorney from Brinks Hofer, has filed an appearance on behalf of Plaintiffs concurrently with the filing of this Motion.

//

//

Defendants do not oppose this Motion. A proposed order is attached hereto as Exhibit A.

Respectfully submitted,

Dated: April 4, 2008          By:     s/ Timothy P. Lucier
                                   Gary M. Ropski
                                   Jeffry M. Nichols
                                   Timothy P. Lucier
                                   BRINKS HOFER GILSON & LIONE
                                   455 North Cityfront Plaza Drive
                                   NBC Tower, Suite 3600
                                   Chicago, Illinois  60611-5599
                                   Telephone: (312) 321-4200
                                   Facsimile:  (312) 321-4299

                                   *Attorneys for Plaintiffs*,
                                   FOBOHA GMBH and FOBOHA US, INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AMANDA MILLER'S APPEARANCE FOR PLAINTIFFS** was served on this the 3rd day of April, 2008, to the following attorneys of record, as follows:

> **VIA ECF:**
>
> Edward J. Chalfie
> Ladas & Parry LLP
> 224 S. Michigan Avenue, Suite 1600
> Chicago, Illinois  60604

I declare under penalty of perjury that the foregoing is true and correct. Executed at Chicago, Illinois on April 4, 2008.

                                                                      s/ Timothy P. Lucier