IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOBOHA GMBH and FOBOHA US, INC., | ) |
| Plaintiffs, | ) Civil Action No. 08C-0969 |
| v. | ) Judge John F. Grady |
| GRAM TECHNOLOGY, INC. and JES GRAM, | ) Magistrate Judge Martin C. Ashman |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AMANDA MILLER'S APPEARANCE FOR PLAINTIFFS**

In consideration of Plaintiffs' Motion for Leave to Withdraw Amanda Miller's Appearance for Plaintiffs, and all papers and argument related thereto,

IT IS HEREBY ORDERED that said Motion be and hereby is GRANTED. Amanda Miller's appearance for Plaintiffs in this action is hereby withdrawn.

Dated: _____     _____
                              John F. Grady
                              United States District Judge