## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| FOBOHA GMBH and FOBOHA US, INC., ) | ) |
| Plaintiffs, ) | Civil Action No. 08C-0969 |
| v. ) | Judge John F. Grady |
| GRAM TECHNOLOGY, INC. and JES GRAM, ) | Magistrate Judge Martin C. Ashman |
| Defendants. ) | |

## NOTICE OF UNOPPOSED MOTION

TO:   Edward J. Chalfie
      Ladas & Parry LLP
      224 S. Michigan Avenue,
      Suite 1600
      Chicago, Illinois  60604

Please take notice that, on Wednesday, April 9, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard in the above-captioned action, Plaintiffs, FOBOHA GMBH and FOBOHA US, INC., shall appear before the Honorable John F. Grady, in the courtroom usually occupied by him, or before any Judge sitting in his stead, and shall then and there present their UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AMANDA MILLER'S APPEARANCE FOR PLAINTIFFS.

//

//

//

                    Respectfully submitted,

Dated: April 4, 2008           By:     s/ Timothy P. Lucier

                    Gary M. Ropski
                    Jeffry M. Nichols
                    Timothy P. Lucier
                    BRINKS HOFER GILSON & LIONE
                    455 North Cityfront Plaza Drive
                    NBC Tower, Suite 3600
                    Chicago, Illinois  60611-5599
                    Telephone: (312) 321-4200
                    Facsimile:  (312) 321-4299

                    *Attorneys for Plaintiffs*,
                    FOBOHA GMBH and FOBOHA US, INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **NOTICE OF UNOPPOSED MOTION** was served on this the 4th day of April, 2008, to the following attorneys of record, as follows:

> **VIA ECF:**
>
> Edward J. Chalfie
> Ladas & Parry LLP
> 224 S. Michigan Avenue, Suite 1600
> Chicago, Illinois  60604

I declare under penalty of perjury that the foregoing is true and correct.  Executed at Chicago, Illinois on April 4, 2008.

                                                s/ Timothy P. Lucier