# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Foboha GmbH, et al.

       Plaintiff,

v.            Case No.: 1:08–cv–00969
              Honorable John F. Grady

Gram Technology, Inc., et al.

       Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 7, 2008:

  MINUTE entry before Judge Honorable John F. Grady:Motion to withdraw as counsel for the plaintiffs [17] is granted. Amanda M. Miller is given leave to withdraw as counsel for the plaintiffs. Hearing on said motion set for 04/09/08 stricken. Status hearing set for 04/30/08 at 11:00 a.m. to stand. Attorney Amanda Makai Miller terminated.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.