IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOBOHA GMBH and FOBOHA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GRAM TECHNOLOGY, INC. and JES GRAM, <br><br> Defendants. | Civil Action No. 08C-0969 <br><br> Judge John F. Grady <br> Magistrate Judge Martin C. Ashman |

## PLAINTIFFS' NOTIFICATION OF AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, Plaintiffs, Foboha GmbH and Foboha US, Inc., advise the Court that Foboha Holding AG owns more than 10% of each of Foboha GmbH and Foboha US, Inc.  Adval Tech Holding AG, in turn, owns more than 10% of Foboha Holding AG.

Respectfully submitted,

Dated: April 8, 2008

By:   s/ Timothy P. Lucier

Gary M. Ropski
Jeffry M. Nichols
Timothy P. Lucier
BRINKS HOFER GILSON & LIONE
455 North Cityfront Plaza Drive
NBC Tower, Suite 3600
Chicago, Illinois  60611-5599
Telephone: (312) 321-4200
Facsimile:  (312) 321-4299
*Attorneys for Plaintiffs*,
FOBOHA GMBH and FOBOHA US, INC.

## **PROOF OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing PLAINTIFFS' NOTIFICATION OF AFFILIATES was served on this the 8th day of April, 2008, to the following attorneys of record, as follows:

> **VIA ECF :**
>
> Edward J. Chalfie, Esq.
> Ladas & Parry LLP
> 224 S. Michigan Ave.
> Suite 1600
> Chicago, Illinois 60604

I declare under penalty of perjury that the foregoing is true and correct. Executed at Chicago, Illinois on April 8, 2008.

                                                    s/ Timothy P. Lucier