**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Foboha GmbH, ) <br>     a German corporation, and ) <br> ) <br> Foboha US, Inc., ) <br>     a Delaware corporation, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Gram Technology, Inc., ) <br>     a Delaware corporation; and ) <br> ) <br> Jes Gram, an individual, ) <br>     Defendants. ) | Case No. 08 C 969 <br><br> Judge Grady <br><br> Magistrate Judge Ashman |

**MOTION TO DISMISS UNDER RULE 12(b)(6), FED. R. CIV. P.**

Now come Defendants Gram Technology, Inc., and Jes Gram (collectively "Defendants"), by and through their attorneys, and moves this Honorable Court for an order dismissing Plaintiffs' Complaint in its entirety for failing to state a cause of action on which relief may be granted under Rule 12(b)(6), Fed. R. Civ. P.

Plaintiffs' Complaint purports to state four causes of action -- violation of Section 43(a) of the Lanham Act (Count I), violation of the Illinois Uniform Deceptive Trade Practices Act (Count II), tortious interference with prospective economic advantage (Count III) and unfair competition under Illinois common law (Count IV).

Count I of Plaintiffs' Complaint (Plaintiffs' only federal cause of action) fails to state a claim since, *inter alia*, it merely complains of truthful statements made by a patent owner in furtherance of his legitimate commercial interests and does not meet the Fed. R.

Civ. P. 9(b) heightened pleading requirement.  The Rule 9(b) heightened pleading standard applies equally to Plaintiffs' state law claims sounding in fraud or misrepresentation.

Plaintiffs' Count III is fatally deficient in that it purports to allege a cause of action under common law for tortious interference with prospective economic advantage without alleging any specific economic advantage or prospective business relationship.

Wherefore, Defendants seek dismissal of Plaintiffs' Complaint.

Respectfully submitted,

Gram Technology, Inc., and Jes Gram

Date: April 9, 2008

By: s/ Edward J. Chalfie
One of their attorneys

Edward J. Chalfie
Ladas & Parry LLP
224 S. Michigan Ave.
Suite 1600
Chicago, Illinois 60604
Phone: 312-427-1300
E-Mail: Chalfie@Ladas.net

CERTIFICATE OF SERVICE

      I, Edward J. Chalfie, hereby certify that on April 9, 2008, I electronically filed the foregoing MOTION TO DISMISS UNDER RULE 12(b)(6), FED. R. CIV. P. with the Clerk of the Court for the Northern District of Illinois using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Electronic Filing:

| | |
|---|---|
| Gary Melchior Ropski | Email: gropski@usebrinks.com |
| Jeffry M Nichols | Email: jnichols@usebrinks.com |
| Timothy P. Lucier | Email: tlucier@usebrinks.com |

                                            <u>s/ Edward J. Chalfie</u>