IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Foboha GmbH,<br>    a German corporation, and<br><br>Foboha US, Inc.,<br>    a Delaware corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>Gram Technology, Inc.,<br>    a Delaware corporation; and<br><br>Jes Gram, an individual,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No. 08 C 969<br>)<br>)   Judge Grady<br>)<br>)   Magistrate Judge Ashman<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

To:    Gary M. Ropski
        Timothy P. Lucier
        Jeffry M. Nichols
        Brinks Hofer Gilson & Lione
        455 North Cityfront Plaza Dr.
        Suite 3600
        Chicago, Illinois 60611

**PLEASE TAKE NOTICE** that on April 16, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable John F. Grady, or any judge sitting in his stead, in the courtroom usually occupied by his in Courtroom 2201 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present to the Court **MOTION TO DISMISS UNDER RULE 12(b)(6), FED. R. CIV. P.,** a copy of which is attached hereto and herewith served upon you.

                                              s/ Edward J. Chalfie
                                              One of the attorneys for Defendants

## CERTIFICATE OF SERVICE

  The undersigned attorney certifies that on April 9, 2008, he electronically filed the foregoing Notice and the Motion referenced therein with the Clerk of the Court for the Northern District of Illinois using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Electronic Filing:

| | |
|---|---|
| Gary Melchior Ropski | Email: gropski@usebrinks.com |
| Jeffry M. Nichols | Email: jnichols@usebrinks.com |
| Timothy P. Lucier | Email: tlucier@usebrinks.com |

             s/ Edward J. Chalfie
             One of the attorneys for Defendants