# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| FOBOHA GMBH and FOBOHA US, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GRAM TECHNOLOGY, INC. and JES )<br>GRAM, )<br>)<br>Defendants. )<br>) | Civil Action No. 08C-0969<br><br>Judge John F. Grady<br>Magistrate Judge Martin C. Ashman |

## PLAINTIFFS' REVISED NOTIFICATION OF AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, Plaintiffs, Foboha GmbH and Foboha US, Inc., advise the Court that Foboha Holding GmbH owns more than 10% of each of Foboha GmbH and Foboha US, Inc. Adval Tech Holding AG, in turn, owns more than 10% of Foboha Holding GmbH.

The original Notification of Affiliates filed on April 8, 2008 incorrectly referred to "Foboha Holding AG," rather than "Foboha Holding GmbH." This Revised Notification of Affiliates corrects this error.

                                                    Respectfully submitted,

Dated: April 10, 2008                    By:    s/ Timothy P. Lucier
                                                        Gary M. Ropski
                                                         Jeffry M. Nichols
                                                        Timothy P. Lucier
                                                         BRINKS HOFER GILSON & LIONE
                                                        455 North Cityfront Plaza Drive

NBC Tower, Suite 3600
Chicago, Illinois  60611-5599
Telephone: (312) 321-4200
Facsimile:  (312) 321-4299
*Attorneys for Plaintiffs*,
FOBOHA GMBH and FOBOHA US, INC.

## **PROOF OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing PLAINTIFFS' NOTIFICATION OF AFFILIATES was served on this the 10th day of April, 2008, to the following attorneys of record, as follows:

> **VIA ECF :**
>
> Edward J. Chalfie, Esq.
> Ladas & Parry LLP
> 224 S. Michigan Ave.
> Suite 1600
> Chicago, Illinois  60604

I declare under penalty of perjury that the foregoing is true and correct.  Executed at Chicago, Illinois on April 10, 2008.

                                                      s/ Timothy P. Lucier