UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Foboha GmbH, et al.
                                        Plaintiff,

v.                                      Case No.: 1:08−cv−00969
                                        Honorable John F. Grady

Gram Technology, Inc., et al.
                                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, April 15, 2008:


    MINUTE entry before Judge Honorable John F. Grady:Motion to dismiss [21] is entered and continued. Motion to dismiss [22] is entered and continued. Response to motions to dismiss[22][21] due by 5/7/2008; replies due by 5/30/2008. Hearing set for 04/16/08 stricken. Status hearing set for 04/30/08 stricken. The court will rule by mail on pending motions.Mailed/Telephoned notice(jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.