**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| **M-3 & ASSOCIATES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil No. 3:99cv0547AS** |
| | ) | |
| **CARGO SYSTEMS, INC.,** | ) | |
| **PREFERRED FINISHING, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

*********************************

| | |
|---|---|
| **PREFERRED FINISHING, INC.,,** | ) |
| | ) |
| **Counter Claimant,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **M-3 & ASSOCIATES, INC.,** | ) |
| | ) |
| **Counter Defendant** | ) |

*********************************

| | |
|---|---|
| **CARGO SYSTEMS, INC.,** | ) |
| | ) |
| **Counter Claimant,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **M-3 & ASSOCIATES, INC.,** | ) |
| | ) |
| **Counter Defendant** | ) |

*********************************

| | |
|---|---|
| **M-3 & ASSOCIATES, INC.,** | ) |
| | ) |
| **Counter Claimant** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **CARGO SYSTEMS, INC.,** | ) |
| | ) |
| **Counter Defendant** | ) |

*MEMORANDUM AND ORDER*

This Court takes full judicial notice of the record in this case which began with the filing of a complaint on September 22, 1999. The docket sheet discloses that there are to date at least 120 separate entries. The immediate subject is the Report and Recommendation filed by United States Magistrate Judge Christopher A. Nuechterlein on March 18, 2004. This litigation has had a convoluted and protracted history. In his Report and Recommendation, United States Magistrate Judge Christopher A. Nuechterlein has admirably laid out that history and its legal implications. This Court further notes that the magistrate judge acted promptly. The magistrate judge specifically recommended that the motion for summary judgment of Cargo Systems, Inc. as to Count III, namely false advertising, be granted and this Court **ADOPTS** that recommendation in its entirety, and **GRANTS** the aforesaid summary judgment as to Count III in favor of Cargo. Further, the magistrate judge recommends that Cargo Systems, Inc. be granted relief on its request for an injunction as against M3 & Associates, Inc. Specifically, M-3 is **ORDERED** to immediately remove the word "patented" as well as "Patent No. 5,768, 828" from all advertisements, product catalogues, websites and any other advertising or promotional material relating to its dual spring counterbalanced systems. Additionally, under 15 U.S.C. §1116, M-3 is **ORDERED** to file and serve on Cargo Systems, Inc. no later than June 1, 2004 a written report, under oath, setting forth in detail the manner and form in which there has been compliance with this injunction.

Further this Court **ADOPTS** the recommendation of the Magistrate Judge granting Cargo Systems, Inc. motion for summary judgment on Count IV, namely, false marking. Cargo Systems, Inc. is now **GRANTED** until June 1, 2004 to file motions to dismiss Counts I and II, and to file a further motion to recover damages under 15 U.S.C. §1117 and 35

2

U.S.C. §292.

Further, the Court deals with the counterclaim of M-3 regarding bad faith litigation. The magistrate judge recommended that the motion for summary judgment of Cargo Systems, Inc. be granted on M-3's counterclaims.   Such recommendation is now **APPROVED** and **CONFIRMED.  IT IS SO ORDERED**.

**DATED:**  April 13, 2004


_____**s/ ALLEN SHARP**_____
**ALLEN SHARP, JUDGE**
**UNITED STATES DISTRICT COURT**

cc: The Honorable Christopher A. Nuechterlein

3