IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOBOHA GMBH and FOBOHA US, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GRAM TECHNOLOGY, INC. and JES )<br>GRAM, )<br>)<br>Defendants. )<br>) | Civil Action No. 08C-0969<br><br>Judge John F. Grady<br>Magistrate Judge Martin C. Ashman |

**JOINT STATEMENT REGARDING PARTICIPATION IN THE**
**VOLUNTARY MEDIATION PROGRAM FOR LANHAM ACT CASES**

Pursuant to Section V.A. of the procedures for the voluntary mediation program, the undersigned parties hereby file this joint statement concerning their participation in the program.

☐ A. The undersigned will participate in the Court's mediation program.

☒ B. The undersigned will not participate in the Court's mediation program because not all parties agree to take part in the program.

☒ C. The undersigned will not participate in the Court's mediation program for the reasons described in the attached statement.

☐ D. The undersigned will participate in another mediation program. (Note: A brief statement detailing the nature of the program must be attached).

1

**Statement Regarding The Reasons The Parties
Will Not Participate In The Mediation Program**

The parties believe that mediation would not be productive at this time.

Respectfully submitted,

| | |
|---|---|
| ___s/ Timothy P. Lucier___ | ___s/ Edward J. Chalfie___ |
| Gary M. Ropski | Edward J. Chalfie |
| Jeffry M. Nichols | WELSH & KATZ, LTD. |
| Timothy P. Lucier | 120 S. Riverside Plaza, Suite 2200 |
| BRINKS HOFER GILSON & LIONE | Chicago, Illinois 60606 |
| 455 North Cityfront Plaza Drive | Telephone: (312) 651-1500 |
| NBC Tower, Suite 3600 | Facsimile: (312) 651-1501 |
| Chicago, Illinois 60611-5599 | |
| Telephone: (312) 321-4200 | |
| Facsimile: (312) 321-4299 | *Attorneys for Defendants*, |
| | GRAM TECHNOLOGY, INC. and JES |
| *Attorneys for Plaintiffs*, | GRAM |
| FOBOHA GMBH and FOBOHA US, | |
| INC. | Dated: May 15, 2008 |

Dated: May 15, 2008

I, Timothy P. Lucier, am the ECF User whose ID and password are being used to file this JOINT STATEMENT REGARDING PARTICIPATION IN THE VOLUNTARY MEDIATION PROGRAM FOR LANHAM ACT CASES. In compliance with the General Order on Electronic Case Filing, X(C), I hereby represent that Edward J. Chalfie has consented to this filing.

Dated: May 15, 2008　　　　　　　　　　　By: ___s/ Timothy P. Lucier___

**PROOF OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing JOINT STATEMENT REGARDING PARTICIPATION IN THE VOLUNTARY MEDIATION PROGRAM FOR LANHAM ACT CASES was served on this the 15th day of May 2008, to the following attorneys of record, as follows:

> **VIA ECF :**
>
> Edward J. Chalfie, Esq.
> WELSH & KATZ, LTD.
> 120 S. Riverside Plaza, Suite 2200
> Chicago, Illinois 60606

I declare under penalty of perjury that the foregoing is true and correct. Executed at Chicago, Illinois on May 15, 2008.

                                                    s/ Timothy P. Lucier