# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FOBOHA GMBH and FOBOHA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GRAM TECHNOLOGY, INC. and JES GRAM, <br><br> Defendants. | Civil Action No. 08C-0969 <br><br> Judge John F. Grady <br> Magistrate Judge Martin C. Ashman |

### JOINT MOTION FOR ENTRY OF STIPULATED
### PROTECTIVE ORDER REGARDING CONFIDENTIALITY

Plaintiffs, Foboha GmbH and Foboha US, Inc., and Defendants, Gram Technology, Inc. and Jes Gram, by and through their attorneys, hereby jointly move this Court for entry of their proposed Stipulated Protective Order Regarding Confidentiality. In support of this Motion, the parties state that their proposed Protective Order is necessary to safeguard and maintain the confidentiality of certain information that will be exchanged in this action, pursuant to FED. R. CIV. P. 26(c).

Pursuant to the Court's Case Management Procedure for "Submitting a Proposed Order, Agreed or Otherwise, for Electronic Entry by the Judge," a copy of the proposed Stipulated Protective Order Regarding Confidentiality is being concurrently submitted to the Court by e-mail to Proposed_Order_Grady@ilnd.uscourts.gov.

//

//

Respectfully submitted,

| s/ Timothy P. Lucier | s/ Edward J. Chalfie |
|---|---|
| Gary M. Ropski | Edward J. Chalfie |
| Jeffry M. Nichols | WELSH & KATZ, LTD. |
| Timothy P. Lucier | 120 South Riverside Plaza |
| BRINKS HOFER GILSON & LIONE | 22nd Floor |
| 455 North Cityfront Plaza Drive | Chicago, Illinois  60606 |
| NBC Tower, Suite 3600 | Telephone: (312) 655-1500 |
| Chicago, Illinois  60611-5599 | Facsimile:  (312) 655-1501 |
| Telephone: (312) 321-4200 | |
| Facsimile:  (312) 321-4299 | |

*Attorneys for Plaintiffs*, FOBOHA GMBH and FOBOHA US, INC.

*Attorneys for Defendants*, GRAM TECHNOLOGY, INC. and JES GRAM

Dated: July 18, 2008

Dated: July 18, 2008

**PROOF OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIALITY was served on this the 18th day of July, 2008, to the following attorneys of record, as follows:

> **VIA ECF:**
>
> Edward J. Chalfie, Esq.
> Welsh & Katz, Ltd.
> 120 South Riverside Plaza
> 22nd Floor
> Chicago, IL 60606-3912
> Phone: 312-655-1500
> Fax: 312-655-1501

I declare under penalty of perjury that the foregoing is true and correct. Executed at Chicago, Illinois on July 18, 2008.

                                                                            s/ Timothy P. Lucier