IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOBOHA GMBH and FOBOHA US, INC., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 08C-0969 |
| ) | |
| v. ) | Judge John F. Grady |
| ) | Magistrate Judge Martin C. Ashman |
| GRAM TECHNOLOGY, INC. and JES ) | |
| GRAM, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF JOINT MOTION FOR ENTRY OF STIPULATED
PROTECTIVE ORDER REGARDING CONFIDENTIALITY**

TO:  Edward J. Chalfie, Esq.
    WELSH & KATZ, LTD.
    120 South Riverside Plaza
    22nd Floor
    Chicago, Illinois 60606
    Telephone: (312) 655-1500
    Facsimile: (312) 655-1501

Please take notice that, on Wednesday, July 23, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard in the above-captioned action, Plaintiffs, FOBOHA GMBH and FOBOHA US, INC., shall appear before the Honorable John F. Grady, in the courtroom usually occupied by him, or before any Judge sitting in his stead, and shall then and there present the JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIALITY.

//

//

                Respectfully submitted,

Dated: July 18, 2008         By:    <u>s/ Timothy P. Lucier</u>

                Gary M. Ropski
                Jeffry M. Nichols
                Timothy P. Lucier
                BRINKS HOFER GILSON & LIONE
                455 North Cityfront Plaza Drive
                NBC Tower, Suite 3600
                Chicago, Illinois  60611-5599
                Telephone: (312) 321-4200
                Facsimile:  (312) 321-4299

                *Attorneys for Plaintiffs*,
                FOBOHA GMBH and FOBOHA US, INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing NOTICE OF JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIALITY was served on this the 18th day of July, 2008, to the following attorneys of record, as follows:

> **VIA ECF:**
>
> Edward J. Chalfie, Esq.
> Welsh & Katz, Ltd.
> 120 South Riverside Plaza
> 22nd Floor
> Chicago, IL 60606-3912
> Phone: 312-655-1500
> Fax: 312-655-1501

I declare under penalty of perjury that the foregoing is true and correct. Executed at Chicago, Illinois on July 18, 2008.

                                               s/ Timothy P. Lucier