Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 969 | **DATE** | 7/23/2008 |
| **CASE TITLE** | Foboha GMBH, et al. Vs. Gram Technology, et al. | | |

**DOCKET ENTRY TEXT**

Hearing on joint motion for entry of stipulated protective order regarding confidentiality held. Enter stipulated protective order regarding confidentiality.

Docketing to mail notices.

00:5

FILED
2008 JUL 23 PM 5:32
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | JD |
|---|---|---|